```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAWRENCE W. RICE, JR.
    Assistant U.S. Attorney
 3  Suite 4401, Federal Courthouse
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 1:00-cr-5441 AWI |
| Plaintiff, ) | | |
| ) | | GOVERNMENT'S MOTION FOR |
| v. ) | | DISMISSAL OF INDICTMENT, AND |
| ) | | ORDER THEREON. |
| MARIO PEREZ, ) | | |
| Defendant. ) | | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Indictment against only the above-named defendant, Mario Perez. The above-named defendant, Mario Perez, has been a fugitive since he was released on pretrial release in 2000, and is believed by the Federal Bureau of Investigations to be at an unknown location in Mexico. Special Agent Paul Stone of the Federal Bureau of Investigations, Modesto Resident Agency, contacted the U.S. Attorney's Office and has requested the filing of this motion. The Federal Bureau of Investigations also requests that the warrant for the above-named defendant's failure to appear in this case be recalled.

1

| | |
|---|---|
| DATED: July 19, 2010 | Respectfully submitted,<br><br>BENJAMIN B. WAGNER<br>United States Attorney<br><br>By/s/Dawrence W. Rice, Jr.<br>  DAWRENCE W. RICE, JR.<br>Assistant U.S. Attorney |

**ORDER**

IT IS ORDERED that the Indictment in 1:00-cr-5441 AWI against only the above-named defendant, Mario Perez, is dismissed in the interest of justice and that the warrant for his failure to appear in this case is recalled.

IT IS SO ORDERED.

Dated:   July 19, 2010   _____
                         CHIEF UNITED STATES DISTRICT JUDGE

2