FILED

SEP 28 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIO PEREZ,<br><br>    Defendant. | No. 1:00-cr-05441-AWI-4<br><br>ORDER EXONERATING CASH BOND |

The indictment having been dismissed for the above named defendant on July 19, 2010,

IT IS HEREBY ORDERED that the cash bond posted for MARIO PEREZ is exonerated and the Clerk of the Court is directed to return the $24,000.00 cash (Receipt #197448) to BENJAMIN PEREZ at 3347 Eaton Village Dr., Chico, CA 95973.

IT IS SO ORDERED.

Dated: 9-28-15

_____
SENIOR DISTRICT JUDGE ANTHONY W. ISHII