

FILED
SEP 28 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  No. 1:00-cr-05441-AWI-4
                                    )
           Plaintiff,               )  ORDER EXONERATING CASH BOND
                                    )
    vs.                             )
                                    )
MARIO PEREZ,                        )
                                    )
           Defendant.               )

The indictment having been dismissed for the above named defendant on July 19, 2010,

IT IS HEREBY ORDERED that the cash bond posted for MARIO PEREZ is exonerated and the Clerk of the Court is directed to return the $16,000.00 cash (Receipt #197449) to JOSE PEREZ at 2744 Lowell Road, Chico, CA 95973.

IT IS SO ORDERED.

Dated: 9-28-15

_____
SENIOR DISTRICT JUDGE ANTHONY W. ISHII